■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT JOHN PEARL, SR., Appellant.—Judgment unanimously modified in the interest of justice as a matter of discretion by reducing the sentence to a maximum of 10 years, and otherwise judgment affirmed. (Appeal from judgment of Monroe County Court—burglary, second degree.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.